**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc Delany, | No. CIV 06-2265-PCT-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| United States Forest Service, et al., | |
| Defendants. | |

Having considered the request of Defendants to allow Jack Haugrud to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **April 18, 2007, at 4:00 p.m.** before this Court [Dkt.10], and for good cause shown,

**IT IS ORDERED** that Mr. Haugrud may appear telephonically at the April 18th Rule 16 Conference. Mr. Haugrud shall call the Court on a clear telephone line at **3:55 p.m.** Mountain Standard Time (3 hours behind Eastern Daylight Time) at 602-322-7555.

DATED this 17th day of April, 2007.

Stephen M. McNamee
United States District Judge